# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 5, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

143113

RAMCO HARTLAND L.L.C., RAMCO RM
HARTLAND SC L.L.C., and RAMCO RM
HARTLAND DISPOSITION L.L.C.,
      Plaintiffs-Counter-
      Defendants-Appellees,

v

LANDMARK/MANSOUR DEVELOPMENT
L.L.C.,
      Defendant-Appellee,

and

HANI MANSOUR,
      Defendant-Counter-
      Plaintiff-Appellant.
_____/

SC: 143113
COA: 294877
Oakland CC: 2008-093556-CK

On order of the Court, the application for leave to appeal the February 8, 2011 judgment of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Oakland Circuit Court for entry of an amended order clarifying that the dismissal of the counterclaim for breach of contract was without prejudice, in view of the fact that the court concluded that the claim was premature. In all other respects, leave to appeal is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 5, 2011

_____
Clerk

d0928